**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC 24CR331 |
| | * | |
| CHASE WILLIAM MULLIGAN, | * | UNDER SEAL |
| | * | |
| Defendant | * | |

\*\*\*\*\*

**MOTION TO SEAL**

USDC- GREENBELT
'24 NOV 14 PM4:18

The United States of America, by its attorneys, Erek L. Barron, United States Attorney for the District of Maryland, and Megan McKoy, Assistant United States Attorney for said District, moves this Honorable Court for an order sealing the Indictment and all subsequent court filings in the above-captioned matter in that they concern and are part of a continuing investigation. Should the individual under investigation become aware of the contents of the Indictment and any subsequent court filings, it could endanger the course and outcome of the investigation.

**WHEREFORE**, the government requests that this Motion, the Order and all other documents filed in this action be sealed until further order of the Court; and that one (1) copy of the signed Indictment be provided by the Clerk to the United States Attorney's Office.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____
Digitally signed by MEGAN MCKOY
Date: 2024.11.13 13:18:01 -05'00'

Megan McKoy
Assistant United States Attorney

**ORDERED** as prayed, this ___14___ day of November, 2024.

_____
Honorable Gina L. Simms
United States Magistrate Judge