# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

MAGISTRATE JUDGE: **WILLIAM E. FITZPATRICK**
DEPUTY CLERK: **TINA FITZGERALD**

UNITED STATES OF AMERICA                    HEARING: R5/R40_____ CASE #: 1:24-mj-461_

-VS-                                        DATE: _11/18/24__  TIME: _____2:00 p.m.____

_____Chase Mulligan_____             RECORDER: FTR SYSTEM          REMOTE HEARING  (   )

COUNSEL FOR THE UNITED STATES:_____Claire Horrell_____

COUNSEL FOR THE DEFENDANT:_____Nina Ginsberg (as local counsel)_____

INTERPRETER:_____LANGUAGE:_____

( x ) DEFT APPEARED   ( x ) W/COUNSEL       (     ) DUTY FPD PRESENT:_____

( x ) DEFT INFORMED OF RIGHTS, CHARGES, PENALTIES and/or violations

(   ) DUE PROCESS ACT-ORDER SIGNED BY JUDGE

( ) COURT TO APPOINT COUNSEL (   ) FPD   (   ) CJA   (   ) R40 PURPOSES ONLY (   ) DEFT WILL RETAIN COUNSEL

( ) GVT. CALLS WITNESS & ADDUCES EVIDENCE       (     ) AFFIDAVIT

( ) EXHIBIT #_____ADMITTED

( ) PROBABLE CAUSE:        FOUND (        )   NOT FOUND (       )

(   ) PRELIMINARY HEARING WAIVED   (   ) FILED       (     ) ORALLY

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

(   ) DEFT. ADMITS VIOLATION (        )DFT. DENIES VIOLATION   (        ) COURT FINDS DFT. IN VIOLATION

**MINUTES: USA seeks detention. Deft waives Identity and requests to address charges in the District of Maryland-Granted.**


**( x ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS to be transported to the District of Maryland.**
**(   ) DEFENDANT CONTINUED ON CONDITIONS OF   (     ) BOND  (   )PROBATION   (      )SUP. RELEASE**

**NEXT COURT APPEARANCE:_____at _____Before_____**
(   ) DH (   ) PH (   ) STATUS (   ) TRIAL (   ) JURY   (   ) PLEA (   ) SENT (       ) PBV   (   ) SRV   (   ) R40 (   ) PTV