# U.S. District Court
## Eastern District of Virginia – (Alexandria)
## CRIMINAL DOCKET FOR CASE #: <u>1:24–mj–00461–WEF</u> All Defendants
### *Internal Use Only*

Case title: USA v. Mulligan                    Date Filed: 11/18/2024

Other court case number:  24CR331 District of Maryland    Date Terminated: 11/18/2024

Assigned to: Magistrate Judge William E. Fitzpatrick

**Defendant (1)**

**Chase William Mulligan**          represented by    **Nina J. Ginsberg**
*TERMINATED: 11/18/2024*                              DiMuroGinsberg, P.C.
                                                      1001 N. Fairfax Street
                                                      Suite 510
                                                      Alexandria, VA 22314
                                                      703–684–4333
                                                      Fax: 703–548–3181
                                                      Email: nginsberg@dimuro.com
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Retained*

**Pending Counts**                              **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                           **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                  **Disposition**

None

**Plaintiff**

**USA**                                 represented by    **Claire M. Horrell**
                                                         2100 Jamieson Avenue

Alexandria, VA 22314
202–285–5630
Email: claire.horrell3@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/16/2024 | | Arrest of Chase William Mulligan in Eastern District of Virginia. (tfitz, ) (Entered: 11/19/2024) |
| 11/18/2024 | 1 | Rule 40–Arrest Warrant Returned Executed in case as to Chase William Mulligan. (tfitz, ) (Entered: 11/19/2024) |
| 11/18/2024 | 2 | Minute Entry for proceedings held before Magistrate Judge William E. Fitzpatrick: USA appeared through Claire Horrell. Deft appeared w/counsel Nina Ginsberg (local counsel). Initial Appearance in Rule 5(c)(3) Proceedings as to Chase William Mulligan held on 11/18/2024. Deft informed of rights, charges and penalties. USA seeks detention. Deft waives Identity and requests to address charges in the District of Maryland–Granted. Deft remanded to the USMS custody to be transported to the District of Maryland. (Tape #FTR.)(tfitz, ) (Entered: 11/19/2024) |
| 11/18/2024 | 3 | WAIVER of Identity Hearing by Chase William Mulligan. (tfitz, ) (Entered: 11/19/2024) |
| 11/18/2024 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Chase William Mulligan. Defendant committed to District of Maryland. Signed by Magistrate Judge William E. Fitzpatrick on 11/18/24. (tfitz, ) (Entered: 11/19/2024) |