## ATTACHMENT A
## STIPULATION OF FACTS

The undersigned parties stipulate and agree that if this case had proceeded to trial, the Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.

Between at least 2019 and December 2023, the Defendant, **Chase William Mulligan** ("**MULLIGAN**") used numerous accounts from internet-based communication services Snapchat, Discord, Roblox, Skype, Omegle,[1] and Instagram to employ, use, persuade, induce, entice, and coerce at least 108 minor females, ages 5 to 17, into creating and sending him sexually explicit images and videos of themselves. In addition to directing minors to expose their genital areas and engage in sexual conduct, **MULLIGAN**, who was born in 1997 and at all relevant times resided in Silver Spring, Maryland, coerced multiple minors to urinate on camera, insert objects into their vagina and anus, and participate in sexual acts with dogs.

**MULLIGAN** used the internet, a facility of interstate and foreign commerce, to contact various minors within and outside of the United States. The majority of the minor victims, including Victims 1 through 9, lived in the United States, but several resided in other countries, including Australia, Canada, Denmark, Spain, the Philippines, and the United Kingdom. Through his enticement and production of child pornography of at least 108 minors, **MULLIGAN** engaged in a pattern of activity involving the sexual abuse and exploitation of a minor and a pattern of activity involving prohibited sexual conduct.

### MULLIGAN's Sexual Exploitation of Victim 1, Victim 2, and Victim 3

Between at least July 2022 and December 2022, **MULLIGAN** coerced Victim 1, who was 12 years old, Victim 2, who was five years old, and Victim 3, who was 12 years old, to produce and send child sex abuse materials (CSAM) to him. Victim 1 was friends with Victim 3. Victim 2 and Victim 3 were sisters. **MULLIGAN** created and used usernames on Snapchat to communicate with Victim 1 and Victim 3, including but not limited to: "accorposting," "genssends," "shhhnoddy," "icykites," and "spiketrex." Although **MULLIGAN** utilized different usernames on Snapchat, he often used the same display name, "Add Me," which was the name that appeared on **MULLIGAN**'s profile and in his message chats with Victim 1 and Victim 3.

On or about August 11, 2022, the Federal Bureau of Investigation (FBI) Knoxville received information from the Tennessee Highway Patrol (THP) regarding an online child exploitation investigation in Monroe County, Tennessee. THP reported that the user of the Snapchat account "accorposting" communicated with and coerced Victim 1 and Victim 3 into creating and sending CSAM to an adult male.

---

[1] Omegle is a free online chat website that allows users to socialize with others without the need to register. The service randomly pairs users in one-on-one chat sessions where they can chat anonymously.

Following the report, on or about August 24, 2022, Victim 1 was interviewed. Victim 1 stated that she had communicated with a Snapchat user, later identified as **MULLIGAN**. Victim 1 further stated that in those communications, she told **MULLIGAN** her true age (12 years) and her name. Victim 1 said that **MULLIGAN** requested naked images and videos of her, and **MULLIGAN** told her that if she did not do so, **MULLIGAN** would come to her house. Victim 1 explained that at **MULLIGAN**'s direction, she participated in video calls and sent naked and sexually explicit images and videos of herself almost every day for a period of weeks.

During her interview, Victim 1 also stated that she introduced her friend, Victim 3, who was also 12 years old, to **MULLIGAN** in the hope that together they might be able to make **MULLIGAN** stop his demands. Instead, **MULLIGAN** also demanded that Victim 3's five-year-old sister, Victim 2, participate in video calls, and if Victim 1 and Victim 3 did not do so, Victim 1's sexually explicit images and videos would be released.

A review of Victim 1's cellphone revealed an image of a prepubescent minor female with her buttocks exposed, with a creation date of July 29, 2022. Victim 1 identified the prepubescent minor female as Victim 2 and stated that this was the image that she took and sent at the direction of the "Add Me" account, or **MULLIGAN**.

A further review of Victim 1's cell phone revealed Snapchat conversations and screenshots of Snapchat conversations between Victim 1 and **MULLIGAN** during August 2022. An excerpt is provided below:

| | |
|---|---|
| **MULLIGAN**: | [Victim 1] |
| **MULLIGAN**: | I'm Sorry |
| Victim 1: | Idc |
| **MULLIGAN**: | I still need you to do calls ok |
| Victim 1: | No i am on the phone with [Victim 3] |
| Victim 1: | I am not doing shit for you |
| **MULLIGAN**: | If you tell [Victim 3]. I'm posting you rn |
| Victim 1: | I haven't told her |
| **MULLIGAN**: | Ok let's call |
| Victim 1: | No |
| **MULLIGAN**: | [Victim 1] |
| **MULLIGAN**: | We can be friends |
| **MULLIGAN**: | And I can be nice |

\*\*\*

| | | |
|---|---|---|
| Victim 1: | | The more you talk the more screenshots there are |
| **MULLIGAN**: | | What do you mean by that? |
| Victim 1: | | The more you text me the more I'm going to screenshot all the text that is what I mean |
| Victim 1: | | And I sent [Victim 3] all the screenshots and she said to fuck off and you will be gitting her payback |
| Victim 1: | | And also you need to stop making five year old kids do crap it's freaking stupid |
| Victim 1: | | You are such a pervert |
| Victim 1: | | I hope you go to jail for so long you die in there |
| Victim 1: | | For forcing kids to do stuff |
| Victim 1: | | Me and [Victim 3] were crying because what you do |

On or about September 2, 2022, Victim 3 was interviewed, and she stated that in approximately August 2022, Victim 1 told Victim 3 about a Snapchat user known as "Add Me" and "accorposting" (**MULLIGAN**) that Victim 1 had communicated with on Snapchat. A review of Victim 3's cell phone revealed Snapchat conversations and screenshots of Snapchat conversations between Victim 3 and the user of the Snapchat accounts "accorposting," "shhhnoddy," and "spiketrex," or **MULLIGAN**. Below is an excerpt of a conversation that occurred between Victim 3 and **MULLIGAN** on or about July 31, 2022:

| | | |
|---|---|---|
| **MULLIGAN**: | | Are you going to call or not |
| **MULLIGAN**: | | Don't get [Victim 1] involved. Are you going to call or not. |

\*\*\*

| | | |
|---|---|---|
| **MULLIGAN**: | | I will post the vid of you and your sister [Victim 2] if you keep it up |
| Victim 3: | | Keep what up I'm not doing anything I'm just telling you that I can't do it here because it isn't my house |
| **MULLIGAN**: | | Then you are doing the call at 6pm. |

\*\*\*

| | | |
|---|---|---|
| Victim 3: | | What do I have to do for you to treat me like you treat [Victim 1] |
| **MULLIGAN**: | | If you listen and don't lie to me. Then everything will be okay |

\*\*\*

| | | |
|---|---|---|
| | Victim 3: | I can send |
| | Victim 3: | Like videos and pics |
| | Victim 3: | How many |
| | Victim 3: | What do you mean full body |

\*\*\*

| | | |
|---|---|---|
| | MULLIGAN: | You have 1min to start |
| | MULLIGAN: | Or I will start |

Following the interviews of Victim 1 and Victim 3, investigators submitted administrative subpoenas to Snapchat requesting subscriber information and recent IP addresses for the accounts "accorposting," "icykites," "spiketrex," "shhhnoddy," and "genssends." A majority of the IP addresses that were logged into these Snapchat accounts appeared to be managed by several companies that utilized a Virtual Private Network (VPN). However, investigators traced IP addresses managed by Verizon and Comcast to the Silver Spring, Maryland residence of **MULLIGAN**, as well as a Rehoboth Beach, Delaware home owned by **MULLIGAN**'s family member and frequented by **MULLIGAN**.

On or about December 20, 2023, law enforcement executed a search warrant for **MULLIGAN**'s Silver Spring, Maryland residence. During the execution of the warrant, **MULLIGAN** was present, and law enforcement seized approximately 22 devices. During a forensic review of the devices, law enforcement identified CSAM on the following devices, all of which were found in **MULLIGAN**'s bedroom or on his person:

    a. a Seagate Portable Hard Drive, 5TB, S/N: NACMTTDE;
    b. an iPhone 6, S/N: FFMPQ70RG5MH;
    c. an iPhone 8, S/N: F4JVL370JC68;
    d. an iPhone 8 Plus, S/N: F2PVF8L0JCM2;
    e. an iPhone 8 Plus, S/N: F2LVKJB0JCLN;
    f. a Toshiba Hard Drive, 1TB S/N: 15EXS562SZM5; and
    g. a Lenovo ThinkPad T470S laptop, S/N: PC0MGW75.

The devices seized from **MULLIGAN**'s residence that **MULLIGAN** used to produce, save, and store child pornography were not manufactured in the State of Maryland and therefore traveled in interstate commerce prior to their use by **MULLIGAN**.

In total, law enforcement identified at least 15,000 files of CSAM, including images and videos of prepubescent minors, saved on **MULLIGAN's** devices. Of that total, law enforcement identified over 1,000 files of CSAM produced by **MULLIGAN**.

The files found on **MULLIGAN**'s devices included 56 videos of CSAM depicting Victim 1, Victim 2, and Victim 3. In particular, investigators identified a screen recording of a live Snapchat video call showing messages between **MULLIGAN**, with a display name "AM," and Victim 1 and a corresponding live video of Victim 1. The video file was approximately 11 minutes

and 30 seconds in length and indicated a creation date of July 16, 2022. In the message chat, **MULLIGAN** directed Victim 1 to have her dog lick her vagina. The corresponding live video then showed a dog licking Victim 1's vaginal area. Victim 1 messaged **MULLIGAN** that the dog was licking her and it was "weird," but **MULLIGAN** instructed her to keep the camera there and try again. During the live video, the dog continued to lick Victim 1, and Victim 1 messaged that this was "gross." **MULLIGAN** responded that Victim 1 could stop but then stated that the dog liked it and to keep the camera on the dog. Halfway through the video, Victim 1 stated that she did not want the dog licking her, and **MULLIGAN** told Victim 1 to put the dog down but to show her body. Victim 1 then showed her body on camera, wearing only a bra and no underwear.

In addition, investigators identified a screen recording of a live Snapchat video call which showed messages between **MULLIGAN**, with the display name "AM," and Victim 1 and a corresponding live video of Victim 1, with a creation date of on or about August 12, 2022. The video file was approximately ten minutes and 16 seconds in length. Victim 1 was observed in the live video wearing only a bra and no underwear. In the message chat, **MULLIGAN** instructed Victim 1 to "turn around," "butt up," and "spread with both hands and hold." **MULLIGAN** further instructed Victim 1 to unmute her audio. Victim 1 messaged back that if she unmuted, **MULLIGAN** would hear her cry. **MULLIGAN** responded that it was "fine" and to turn her camera on. Victim 1 turned her camera on and was observed on her knees and her hands with her buttocks up in the air, as instructed by **MULLIGAN**. Victim 1 then used her hands to spread her anus and vagina, which were exposed to the camera. **MULLIGAN** instructed Victim 1 to unmute, and Victim 1 stated, "you want to know what is bad, how you're making a 12-year-old do this, and you're forcing me to do it."

Investigators also identified a screen recording of a live Snapchat video call generated on or about July 30, 2022, which showed messages between **MULLIGAN**, with the display name "AM," and Victim 3, as well as a corresponding video of Victim 2 and Victim 3. The video file was approximately 15 minutes and 50 seconds in length. In the message chat, **MULLIGAN** asked Victim 3 to "turn cam on and show full body." Victim 3 responded, "Would it be ok if my sister does it?" **MULLIGAN** responded "ok" and asked if Victim 3 would hold the camera. **MULLIGAN** then instructed Victim 3 to turn on the camera. The live video showed Victim 3's face and then Victim 2, who was five years old at the time and was observed sitting on the toilet with no clothing on except underwear. In the chat, **MULLIGAN** messaged, "all the way" and "have her stand." Victim 2 then was shown standing naked. **MULLIGAN** instructed Victim 2 to "lay down and spread" and "keep cam on for 2 minutes." Victim 2 was observed naked, lying down with her legs spread apart and her vagina exposed to the camera. **MULLIGAN** asked, "can you spread or will she?" Victim 3 responded, "she won't. She's only five. I won't either." **MULLIGAN** instructed Victim 3 to have Victim 2 turn around and have her buttocks to the camera. Victim 3 stated that Victim 2 was done. **MULLIGAN** again instructed to have Victim 2 spread her buttocks in "doggy" for two minutes, but Victim 3 refused. **MULLIGAN** directed Victim 2 to do so for two minutes and then she would be done, or Victim 3 would have to. Victim 3 responded that they were "done forever." **MULLIGAN** replied, "forever, no. Today, yes." **MULLIGAN** then directed Victim 1 to touch Victim 3's "boobs" for two minutes and then they were done for today. During the live video, a person's hands were observed touching Victim 3's breasts.

### MULLIGAN's Sexual Exploitation of Victim 4

Victim 4 was 11 years old and resided in Massachusetts. A review of the devices seized pursuant to the search warrant resulted in the identification of approximately 29 screen recordings of live Discord video calls between **MULLIGAN** and Victim 4 that occurred in December 2023. In the live video calls, **MULLIGAN** instructed Victim 4 to expose her genitals to the camera, masturbate, and insert objects into her anus. **MULLIGAN** also sent several CSAM videos of other minor female victims to Victim 4 to show how to pose for him. **MULLIGAN** also instructed Victim 4 to defecate on camera and to touch and lick her feces, which Victim 4 did. **MULLIGAN** asked Victim 4 to secretly record her four-year-old sister in the bathroom, but Victim 4 said no.

Investigators also identified on **MULLIGAN**'s devices a Skype chat between **MULLIGAN** and Victim 4 which occurred between on or about December 3, 2023, and December 14, 2023. During the chat, **MULLIGAN** told Victim 4, "add me back on discord or I'll post all your vids online and in servers. I have everything saved.. listen ok."

### MULLIGAN's Sexual Exploitation of Victim 5

Victim 5 was 12 years old and resided in Alabama. Investigators identified on **MULLIGAN**'s devices communications between **MULLIGAN** and Victim 5, as well as CSAM of Victim 5, on Snapchat, Discord, and Roblox from November 2023 to December 2023. **MULLIGAN** asked for Victim 5 to send naked videos of herself, and if she did not, **MULLIGAN** stated that he knew where Victim 5 lived and would find her and her family. Victim 5 then sent videos of her vagina. **MULLIGAN** also demanded videos of Victim 5 performing sexual acts with her dog, which Victim 5 produced. In addition, **MULLIGAN** asked Victim 5 to send sexual videos of Victim 5's three-year-old sister, but Victim 5 refused to do so.

### MULLIGAN's Sexual Exploitation of Victim 6

Victim 6, who was prepubescent and nine years old, resided in Florida. On **MULLIGAN**'s devices, investigators identified screen recordings of live Snapchat video calls between **MULLIGAN** and Victim 6 in December 2023. In the videos, at **MULLIGAN**'s direction, Victim 6 exposed her genitals to the camera, masturbated, and inserted objects in her vagina. During a live video call, **MULLIGAN** asked Victim 6, "Can I see your butt on call? Like open it for me." Victim 6 complied with **MULLIGAN**'s request.

### MULLIGAN's Sexual Exploitation of Victim 7

Victim 7 was 13 years old and resided in New York. In December 2023, **MULLIGAN** communicated with Victim 7 on Snapchat. Investigators identified a screen recording of a Snapchat live video call which showed messages between **MULLIGAN** and Victim 7 and a corresponding video that showed Victim 7. In the message chat, **MULLIGAN** asked Victim 7 if she had a dog and if the dog "licks." **MULLIGAN** told Victim 7, "some girls do it" in reference to the dog licking. **MULLIGAN** sent Victim 7 a video to show her how a dog licks. At **MULLIGAN**'s request, Victim 7 was observed having her dog lick her genitals.

### MULLIGAN's Sexual Exploitation of Victim 8

Victim 8 was 11 years old and resided in Nevada. In April 2023, **MULLIGAN** communicated with Victim 8 on live Snapchat video calls. Investigators identified a video call found on **MULLIGAN**'s devices in which **MULLIGAN**'s face and naked torso were seen as Victim 8 undressed. **MULLIGAN** asked Victim 8 to pose in specific sexual positions, and Victim 8, who was naked, complied. Victim 8 then asked **MULLIGAN** for permission to put her clothes back on.

### MULLIGAN's Sexual Exploitation of Victim 9

Victim 9, who was 13 years old and resided in Idaho, communicated with **MULLIGAN** on Snapchat in December 2023. On **MULLIGAN**'s devices, investigators identified videos sent by Victim 9 to **MULLIGAN** that showed Victim 9 cutting her own leg with a razor. Victim 9 told **MULLIGAN** that she cut her thighs, ribs, stomach, wrist, arm, shoulder, chest, calves and hips. Victim 9 said she was cutting herself with a friend, and **MULLIGAN** responded that the cutting turned him on and "damn that's hot." Even after learning Victim 9 was self-harming, Mulligan asked Victim 9 to engage in sexually explicit conduct, including with her friend, also a minor. Victim 9 then sent sexually explicit videos of herself, but not her friend, at **MULLIGAN**'s request. **MULLIGAN** also sent to Victim 9 CSAM he had produced of other minors.

SO STIPULATED:

_____
Megan S. McKoy
Elizabeth Wright
Assistant United States Attorneys

_____
Chase William Mulligan
Defendant

_____
Craig M. Kadish, Esq.
Counsel for Defendant