IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No. TDC-24-331 |
| **CHASE MULLIGAN** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION TO CONTINUE SENTENCING HEARING**

COMES NOW the Defendant, Chase Mulligan, by and through his attorneys, Craig M. Kadish, Esq. and Craig M. Kadish & Associates, LLC, and respectfully moves this Honorable Court pursuant to Federal Rules of Criminal Procedure, Rule 32(a)(1) and Rule 45(b) to continue the sentencing hearing currently scheduled for October 1, 2025, and in support thereof states as follows:

1. That on July 28, 2025, undersigned Counsel filed a Consent Motion to Continue Sentencing in the above-captioned matter to allow time for Dr. Fred Berlin to conduct an in-person re-evaluation of Defendant.

2. That on August 7, 2025, the Honorable Theodore Chuang granted said motion, and sentencing was continued.

3. That on September 18, 2025, the Court contacted the Defense and the Government to ascertain their availability for an October 1, 2025, sentencing hearing. The undersigned responded that he was available but needed to confirm Dr. Berlin's availability before proceeding with scheduling.

4. That on September 19, 2025, the Court scheduled the sentencing hearing for October 1, 2025, at 9:30 a.m.

5. That Dr. Berlin is unavailable for the sentencing hearing on October 1, 2025.

6. That Dr. Berlin's findings are a critical component of the defense's sentencing presentation. His testimony as well as potential questions from the bench should assist the Court in considering the appropriate sentence under the factors set forth in 18 U.S.C. § 3553(a).

7. That on September 25, 2025, undersigned Counsel spoke with Assistant United States Attorney Megan McKoy who has authorized Defense Counsel to represent that the Government is not opposed to the continuance of Defendant's sentencing.

8. That the Defense has coordinated with Dr. Berlin and the Government regarding availability for sentencing; all parties are available on January 8, 13, 14, or 15, 2026.

9. That this request for a continuance of sentencing is made in good faith, not for the purpose of delay, but to allow Defendant to have his expert present for sentencing.

WHEREFORE, for the foregoing reasons, Defendant Chase Mulligan respectfully requests that this Honorable Court continue the sentencing hearing currently set for October 1, 2025, to allow Dr. Berlin to be present for the sentencing hearing.

Respectfully submitted,

/s/ Craig M. Kadish
Craig M. Kadish, Esq. (Federal Bar #: 08191)
Craig M. Kadish & Associates, LLC
111 S. Calvert Street, Suite 2805
Baltimore, Maryland 21202
(410) 837-0020
craig@kadishlawfirm.com

**Attorneys for Defendant**

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 25th day of September 2025, the foregoing ***Consent Motion to Continue Sentencing Hearing*** was filed electronically via PACER upon counsel of record for the United States, Megan McKoy, Esquire.

                                              /s/ Craig M. Kadish
                                              Craig M. Kadish, Esq.