IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No. TDC-24-331 |
| **CHASE MULLIGAN** | * | |
| **Defendant.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

UPON CONSIDERATION of Defendant's *Consent Motion to Continue Sentencing Hearing*, it is this _____ day of September 2025, by the United States District Court for the District of Maryland, hereby:

**ORDERED** that the Motion to Continue Sentencing Hearing is GRANTED; and

**ORDERED** that the sentencing hearing currently scheduled for October 1, 2025, is continued.

_____
JUDGE

1