UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHASE WILLIAM MULLIGAN,<br><br>Defendant. | Criminal Action No. **24-0331-TDC** |

**AMENDED REGULAR SENTENCING ORDER**

Upon consideration of the Consent Motion to Continue Sentencing Hearing, ECF No. 50, it is hereby ORDERED that the Motion is GRANTED. The following deadlines shall apply:

(1) If counsel for either party intends to call any witnesses at the sentencing hearing, counsel shall submit, in writing, to the Court and opposing counsel, on or before **Tuesday, December 30, 2025** *(not less than 14 days before sentencing)*, a statement containing (a) the names of the witnesses, (b) a synopsis of their anticipated testimony, and (c) an estimate of the anticipated length of the hearing.

(2) Sentencing memoranda are not required unless a party intends to request a sentence outside the advisory guidelines range on the basis of a non-guideline factor. If submitted, they shall be filed with the Clerk and a copy delivered to chambers on or before **Tuesday, December 30, 2025** *(not less than 14 days before sentencing)*. Copies of all memoranda must be sent to the Probation Officer. Sentencing memoranda are not sealed documents. If the memoranda or attachments contain sensitive material, they should be filed under seal and accompanied by a motion to seal.

(3) Any motions relating to sentencing, **including motions for a continuance,** shall be filed and delivered to chambers on or before **Tuesday, December 30, 2025** *(14 days before*

*sentencing)*. **No motions for a continuance filed after this deadline will be granted absent extraordinary circumstances.** Any responses to motions shall be filed on or before **Tuesday, January 06, 2026** *(7 days before sentencing)*. No reply memoranda shall be filed.

(4) If the Government intends to seek restitution, a memorandum requesting restitution and all supporting documentation shall be filed on or before **Tuesday, December 30, 2025** *(not less than 14 days before sentencing)*. Failure to provide the restitution information or an explanation for why the restitution information is not yet ascertainable by this date may result in an order to show cause why the information could not have been timely provided and may result in the Court denying or delaying restitution until after a hearing not to exceed 90 days after sentencing.

(5) Any other written materials relating to sentencing, including but not limited to letters or statements by the defendant, family members, victims, or others, shall be filed no later than **Tuesday, January 06, 2026** *(7 days before sentencing)*.

(6) If either party intends to seek a change in the defendant's release status at sentencing, including requiring the defendant to be taken into custody immediately following sentencing, that party shall inform the Court, opposing counsel and the Pretrial Services Officer on or before **Friday, January 09, 2026**. Failure to do so may result in denial of the requested change.

(7) Sentencing shall be on **Tuesday, January 13, 2026** at **9:30 a.m**.

(8) The presentence report, any revisions, and any proposed findings made by the Probation Officer in the addendum to the report shall constitute the tentative findings of the Court under section 6A1.3 of the sentencing guidelines. In resolving disputed issues of fact, the Court may consider any reliable information presented by the Probation Officer, the Defendant,

or the Government, and the Court may issue its own tentative or final findings at any time before or during the sentencing hearing.

(9) Nothing in this Order requires the disclosure of any portions of the presentence report that are not disclosable under Federal Rules of Criminal Procedure 32.

September 25, 2025
Date

Theodore D. Chuang
United States District Judge