IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC-24-331 |
| | * | |
| CHASE WILLIAM MULLIGAN, | * | |
| | * | |
| Defendant | * | |
| | * | |
| | * | |
| | ****** | |

## GOVERNMENT'S AMENDED RESTITUTION REQUEST

The United States of America, by and through its undersigned counsel, hereby submits the following amended restitution request in advance of the Defendant's sentencing which is currently scheduled for **Tuesday, February 17, 2026, at 10 a.m.**

On December 30, 2025, the government filed its sentencing memorandum and exhibits (ECF 58), requesting restitution for the minor victims in this case. On the following page is an amended summary table of the victims' restitution requests (totaling approximately **$101,825**) and their victim impact statements.[1] The government will submit the victims' contact information to Chambers in advance of the sentencing hearing.

Two victims (B.B. and RCA/Alex) also have submitted additional records in support of their restitution requests, which are attached under seal as Exhibits A2 and T2. In addition, for the Court's consideration, the government has attached an email from A.A.'s mother C.A. to Jessica Roman, the Victim Specialist for the U.S. Attorney's Office for the District of Maryland (Exhibit B2).

---

[1] The government has conferred with counsel for the Defendant, and the only disputed amount is B.B.'s request for $39,825.

1

| Victim | Loss Amount | Exhibit No. (SEALED) |
|---|---|---|
| B.B. | $39,825 | A2 |
| B.R. | $5,000 | B |
| A.A. | N/A | B2 |
| ZooFamily1 Series ("Ali") | $3,000 | C |
| BestNecklace Series ("Maria") | $3,000 | D |
| Lighthouse1 Series ("Maureen") | $3,000 | E |
| MarineLand1 Series ("Sarah") | $3,000 | F |
| Masha River Series ("Nicoletta") | $3,000 | G |
| SparklingVelvet ("SV") | $3,000 | H |
| Sweet Pink Sugar Series ("Mya") | $3,000 | I |
| Sweet White Sugar Series ("Pia") | $3,000 | J |
| Tara Series Victim ("Sloane") | $3,000 | K |
| Teal & Pink Princess 2 Series ("Jenny") | $3,000 | L |
| Teal & Pink Princess 2 Series ("Raven") | $3,000 | M |
| Vicky Series | $3,000 | N |
| Braid & Tile Series ("Audrey") | $3,000 | O |
| Aprilblonde Series ("April") | $3,000 | P |
| JBN Flowers1 Series ("Julie") | $3,000 | Q |
| JBN Flowers2 Series ("Ivy") | $3,000 | R |
| 2crazygurls Series ("Chelsea") | $3,000 | S |
| Angela Series | $3,000 | T |
| RCA Series ("Alex") | $3,000 | T2 |
| Violet Series | N/A | U |
| CBGirl Series | N/A | V |
| CurlsRed2 Series | N/A | W |

| Dalmatians Series C | N/A | X |
|---|---|---|
| Dalmatians Series KE | N/A | Y |
| Dalmatians Series KY | N/A | Z |
| Mother Full 20121 Series | N/A | AA |
| PD11 Series | N/A | AB |
| PinkHeartSisters2 Series ("Tori") | N/A | AC |
| **TOTAL** | **$101,825** | |

                                Respectfully submitted,

                                Kelly O. Hayes
                                United States Attorney

By:         /s/
                                Megan S. McKoy
                                Elizabeth Wright
                                Assistant United States Attorneys