UNITED STATES OF AMERICA

vs.

CHASE WILLIAM MULLIGAN

Criminal No. 24-0331-TDC

Defense Exhibits

FILED
FEB 17 2026
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | February 17, 2026 | February 17, 2026 | Curriculum Vitae |
| 2 | February 17, 2026 | February 17, 2026 | Expert Report of Dr. Fred Berlin |
| 3 | February 17, 2026 | February 17, 2026 | Courses taken by Defendant |

Exhibit List (Rev. 3/1999)