IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States of America                *

                                        *

v.                                      *      Case No. TDC-24-331

CHASE MULLIGAN                          *

                                        *

## NOTICE OF APPEAL

Notice is hereby given that **Chase William Mulligan**,
(fill in names of **all** parties who are appealing)

**Defendant** in the above captioned case, hereby appeals to the
(indicate plaintiff/s or defendant/s)

United States Court of Appeals for the Fourth Circuit the **Judgment in a criminal case**
(indicate order or judgment)

entered in this case on **February 17, 2026.**

2/26/2026
Date

Signature

Craig M. Kadish, Esq (08191)
Printed Name and Bar Number

111 S. Calvert Street, Suite 2805, Baltimore, MD 21202
Address

Info@kadishlawfirm.com
Email Address

410-837-0020
Telephone Number

410-837-7230
Fax Number

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of February 2026, the foregoing *Notice of Appeal* was filed electronically via PACER upon counsel of record for the United States, Megan McKoy, Esquire, and served via first-class postage-paid mail to Defendant, Chase Mulligan, c/o Chesapeake Detention Facility, 401 E. Madison St., Baltimore, MD 21202.

/s/ Craig M. Kadish
Craig M. Kadish, Esq.