FILED:  March 2, 2026

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 26-4116
(8:24-cr-00331-TDC-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CHASE WILLIAM MULLIGAN

Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:24-cr-00331-TDC-1 |
| Date notice of appeal filed in originating court: | 02/26/2026 |
| Appellant | Chase William Mulligan |
| Appellate Case Number | 26-4116 |
| Case Manager | D. Temu 804-916-2702 |